IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM CAMDEN, | Civil No. CV-04-3137-CI |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will review the evidence as a whole, including the evidence from treating physician, Dr. LeFores and the evidence submitted to the Appeals Council.  Medical expert evidence will also be obtained to ascertain the appropriate date of onset.  Plaintiff may present new arguments and evidence.  The ALJ may perform further development and conduct further proceedings as

1  necessary. Upon proper presentation, the Court will consider Plaintiff's application
2  for attorney fees under the Equal Access to Justice Act.
3      DATED this ___18th___ day of ___August___, 2005.
4
5
6                                        S/ CYNTHIA IMBROGNO
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
7
8  Presented by:
9
10 s/ L. JAMALA EDWARDS
   Special Assistant U.S. Attorney
   Office of the General Counsel
11 701 Fifth Ave, Ste 2900, M/S 901
   Seattle, WA 98104
12 Phone: (206) 615-3749
   Fax: (206)615-2531
13 jamala.edwards@ssa.gov
14
15
16
17
18
19
20